

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2015

No. 04-15-00342-CV

**VILLA DIJON CONDOMINIUM ASSOCIATION, INC.,**
Appellant

v.

Mary **WINTERS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03926
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

In cause number 2015CI00148, the trial court signed a default judgment against Appellants on March 9, 2015. In the same document, the trial court severed the claims against Appellants and assigned them to cause number 2015CI03926.

Absent a timely filed motion that would extend the deadline to file a notice of appeal, *see, e.g.*, TEX. R. APP. P. 26.1(a), Appellants' notice of appeal in cause number 2015CI03926 was due on April 8, 2015, *see id.* R. 26.1. A motion for extension of time to file a notice of appeal was due not later than April 23, 2015. *See id.* R. 26.3. Appellants' notice of appeal was filed on June 3, 2015. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

We ORDER Appellants to SHOW CAUSE in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Verburgt*, 959 S.W.2d at 617 ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."). If Appellants fail to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court